UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DALEVON ANTHONY COLBERT,

Plaintiff,

v.

WASCO STATE PRISON, et al.,

Defendants.

Case No.: 1:25-cv-01740-SKO

**ORDER DISCHARGING ORDER TO SHOW CAUSE**

Plaintiff Dalevon Anthony Colbert is appearing pro se and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. section 1983.

**I.       RELEVANT ACKGROUND**

On January 9, 2026, the Court issued its Order to Show Cause (OSC) in Writing Within 30 Days Why Action Should Not be Dismissed for a Failure to Exhaust Administrative Remedies. (Doc. 8.) Plaintiff was directed to respond to the OSC within 30 days. (*Id.* at 2-3.)

On February 9, 2026, Plaintiff filed his response. (Doc. 9.)

**II.      DISCUSSION**

The OSC directed Plaintiff to "state whether he (1) submitted a request for administrative relief (a grievance) and (2) appealed that request to the highest level (an appeal). If, as to either Claim I or Claim II, Plaintiff did not submit or appeal a request for relief at any level, he must briefly explain why he did not do so." (Doc. 8 at 2.)

In his response to the OSC, Plaintiff states he exhausted his administrative remedies to the highest level and that "as far as [he knows, he] did everything right." (Doc. 9 at 1.) Attached to his written response, Plaintiff included correspondence from the Office of Appeals dated April 16, 2025, concerning Log No. 662243, indicating that the "Office has confirmed that the remedy has been fully implemented. This matter is therefore fully resolved." (*Id*. at 2.)

In light of Plaintiff's response, the Court will discharge the OSC. The Court makes no finding concerning the exhaustion of administrative remedies in this action. It instead accepts Plaintiff's response that he has exhausted his claims to the highest level. Therefore, it appears Plaintiff complied with the Prison Litigation Reform Act prior to filing suit. *See* 42 U.S.C. § 1997e(a); *Jones v. Bock*, 549 U.S. 199, 211 (2007); *Woodford v. Ngo*, 548 U.S. 81, 88, 93 (2006).

Finally, Plaintiff is advised that this Court is one of the busiest district courts in the nation. All judges carry heavy caseloads and delays are inevitable. The complaint filed December 4, 2025, will be screened in due course. No further action is required of Plaintiff until the Court has had an opportunity to screen the complaint and issue a screening order.

### III.    CONCLUSION AND ORDER

Accordingly, the Court **HEREBY ORDERS** that the OSC issued January 9, 2026 (Doc. 8) is **DISCHARGED**.

IT IS SO ORDERED.

Dated:    **February 11, 2026**                    /s/ *Sheila K. Oberto*
                                                                   UNITED STATES MAGISTRATE JUDGE